**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6506**

METKEL ALANA,

Plaintiff - Appellant,

v.

S. RANDOLPH SENGEL; BRYAN L. PORTER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:22-cv-00188-AWA-LRL)

Submitted:  October 19, 2023                                    Decided:  October 24, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Metkel Alana, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Metkel Alana, a Virginia prisoner, appeals the district court's order dismissing Alana's amended complaint, which was purportedly filed pursuant to 42 U.S.C. § 1983, after the court conducted a review under 28 U.S.C. § 1915A. We have reviewed the record and find no reversible error. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994) ("A claim for damages bearing [a] relationship to a conviction or sentence that has *not* been . . . invalidated is not cognizable under § 1983."); *Buckley v. Fitzsimmons*, 509 U.S. 259, 273 (1993) ("[A]cts undertaken by a prosecutor in preparing for the initiation of judicial proceedings or for trial, and which occur in the course of his role as an advocate for the State, are entitled to the protections of absolute immunity."). Accordingly, we affirm the district court's order. *Alana v. Sengel*, No. 2:22-cv-00188-AWA-LRL (E.D. Va. Apr. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*